

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER THEREON**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

United States of America,

           Plaintiff,

           Case No.  2:16-cr-00027-MCE

v.

1.  Hector Absi,

           Defendant.

I, _____David M. Beller_____, co-counsel for_____Hector Absi_____, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Recht Kornfeld, P.C. |
| Address: | 1600 Stout Street |
| | Suite 1000 |
| City: | Denver |
| State: | Colorado     ZIP Code: 80202 |
| Voice Phone: | (303) 573-1900 |
| FAX Phone: | (303) 446-9400 |
| Internet E-mail: | david@rklawpc.com |
| Additional E-mail: | sara@rklawpc.com |
| I reside in City: | Denver     State:  Colorado |

I was admitted to practice in the U.S. District Court for the District of Colorado on July 18, 2007.  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | William J. Portanova |
| Firm Name: | The Law Office of William Portanova |
| Address: | 400 Capitol Mall |
| | Ste. 1100 |
| City: | Sacramento |
| State: | CA        ZIP Code: 95814 |
| Voice Phone: | (916) 444-7900 |
| FAX Phone: | (916) 444-7998 |
| E-mail: | portanova@thelawoffices.com |

Dated: _2/25/16_____  Petitioner: __*s/David M. Beller*_____

**ORDER**

       IT IS SO ORDERED.

Dated:  March 1, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT