BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>HECTOR ABSI,<br><br>                              Defendant. | CASE NO.  2:16-CR-00027 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 24, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on March 24, 2016.

2.     By this stipulation, defendant now moves to continue the status conference until May 26, 2016, and to exclude time between March 24, 2016, and May 26, 2016, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes email correspondence, interviews, corporate records, and other documents.  The first production constitutes over 7000 pages with additional discovery to follow.  The United States is in the process of directly producing to counsel and/or making the discovery available for inspection and copying.

1

b)      Counsel for defendant desires additional time to conduct investigation and research related to the charges, to review and copy discovery for this matter and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 24, 2016 to May 26, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4        IT IS SO STIPULATED.

5 Dated:  March 21, 2016                    BENJAMIN B. WAGNER
                                           United States Attorney
6
                                           /s/ Todd A. Pickles
7                                          _____
                                           TODD A. PICKLES
8                                          Assistant United States Attorney

9 Dated:  March 21, 2016                    /s/ Todd A. Pickles for
                                           _____
10                                         RICH KORNFIELD, ESQ.
                                           Counsel for Defendant
11                                         HECTOR ABSI

12                              **ORDER**

13        IT IS SO ORDERED.

14 Dated:  March 31, 2016

15

16                              _____
                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
17                             UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28