WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
HECTOR ABSI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR ABSI,<br><br>　　　　　Defendant. | CASE NO.  2:16-cr-00027 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: May 26, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

　　　　With the Court's permission, defendant Hector Absi and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on May 26, 2016;

　　　　2.　　By this stipulation, defendant now moves to continue the status conference until August 25, 2016, and to exclude time between May 26, 2016, and August 25, 2016, under Local Code T4.  Plaintiff does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find that the United States has provided initial discovery which consists of over one thousand pages of documents.  Counsel for the defendant requires additional time to review the extensive discovery, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

　　　　4.　　The government does not object to the continuance.

　　　　5.　　Based on the above-stated findings, the ends of justice served by continuing

the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial date must commence, the time period of May 26, 2016 to August 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 23, 2016

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant
HECTOR ABSI

DATED: May 23, 2016

/s/ Todd A. Pickles
_____
TODD A. PICKLES
Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: May 25, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE