WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
HECTOR ABSI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR ABSI,<br><br>　　　　　Defendant. | CASE NO. 2:16-cr-00027 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: May 11, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr |

　　　　With the Court's permission, defendant Hector Absi and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on May 11, 2017;

　　　　2.　　By this stipulation, defendant now moves to continue the status conference until June 29, 2017, and to exclude time between May 11, 2017, and June 29, 2017, under Local Code T4. Plaintiff does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　　a.　　The government has represented that the discovery associated with this case includes email correspondence, interviews, corporate records, and other

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

documents. The first and second production constituted over a million pages of discovery and we have just received a new encrypted hard drive which we except includes a similar amount of data.

b. Counsel for defendant desires additional time to conduct investigation and research related to the charges, to review and copy discovery for this matter and to otherwise prepare for trial.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial date must commence, the time period of May 11, 2017 to June 29, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: April 25, 2017

*/s/ William J. Portanova*
_____
WILLIAM J. PORTANOVA
Attorney for Defendant
HECTOR ABSI

DATED: April 25, 2017

*/s/ Todd A. Pickles*
_____
TODD A. PICKLES
Assistant United States Attorney

IT IS SO ORDERED.

Dated: May 1, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT