1  PHILLIP A. TALBERT
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:16-CR-00027 MCE

12                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13               v.                        ORDER

14  HECTOR ABSI,

15                        Defendant.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on October 26, 2017.

21        2.      By this stipulation, defendant now moves to continue the status conference until

22  December 14, 2017, and to exclude time between October 26, 2017, and December 14, 2017, under

23  Local Code T4. The United States does not oppose.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The United States has represented that the discovery associated with this case

26  includes email correspondence, transcripts of interviews, corporate records, and other documents that

27  constitutes over million pages of discovery. The United States has directly produced to counsel for

28  inspection and copying.

1          b)      The parties have begun discussions with respect to the potential resolution of this

2    case, and it is anticipated that the United States will be providing the defendant a plea offer within the

3    next few weeks.  Counsel for defendant will need time to conduct research relating to the terms of the

4    plea, and review discovery in relation to the plea, as well as to otherwise prepare for trial.

5          c)      Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him/her the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8          d)      The United States does not object to the continuance.

9          e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the original date

11   prescribed by the Speedy Trial Act.

12         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of October 26, 2017 to December 14, 2017,

14   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

15   results from a continuance granted by the Court at defendant's request on the basis of the Court's

16   finding that the ends of justice served by taking such action outweigh the best interest of the public and

17   the defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5    Dated:  October 24, 2017                    PHILLIP A. TALBERT
                                                 United States Attorney
6
                                                 /s/ Todd A. Pickles
7                                                TODD A. PICKLES
                                                 Assistant United States Attorney
8

9    Dated:  October 24, 2017                    /s/ Todd A. Pickles for
                                                 RICH KORNFIELD, ESQ.
10                                               WILLIAM PORTANOVA, ESQ.
                                                 Counsel for Defendant HECTOR ABSI
11

12

13                                          ORDER

14        IT IS SO ORDERED.

15

16   Dated:  October 26, 2017

17                                               _____
                                                 MORRISON C. ENGLAND, JR
18                                               UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28