WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
HECTOR ABSI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-CR-00027 MCE |
|---|---|---|
| Plaintiff, | ) | **WAIVER OF DEFENDANT HECTOR ABSI'S PERSONAL APPEARANCE** |
| v. | ) | |
| HECTOR ABSI, | ) | |
| Defendant. | ) | |

Defendant Hector Absi, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

///

///

///

///

WAIVER OF DEFENDANT HECTOR ABSI'S APPEARANCE – CASE NO.: 2:16-CR-00027 MCE

///

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial on any day which the Court may fix in his absence.

DATED: February 6, 2018        /s/ Hector Absi
_____
HECTOR ABSI
Defendant

I agree with and consent to my client's waiver of appearance.

DATED: February 6, 2018        /s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Hector Absi

**IT IS SO ORDERED.**

Dated: February 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE