McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00027 MCE |
|---|---|
| Plaintiff, | AMENDED STIPULATION TO SET MATTER FOR TRIAL AND TO SET PRETRIAL DATES, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| HECTOR ABSI, | Date: March 29, 2018 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

**AMENDED STIPULATION AND REQUEST**

1. This matter is presently set for a status hearing on March 29, 2018, at 10:00 a.m.

2. By this stipulation, the parties jointly request that status hearing be vacated and that a jury trial be set for April 8, 2019 at 9:00 a.m.,[1] with a trial confirmation hearing set for February 21, 2019 at 10:00 a.m. The parties estimate approximately 5 weeks for trial but will provide a further estimate of the trial length at or prior to the trial confirmation hearing.

3. The parties also propose and jointly request the following schedule for any pretrial motions governed by Rule 12 of the Federal Rules of Criminal Procedure:

   a) The defendant shall file any motions governed by Rule 12 on or before October 1, 2018.

---

[1] The prior stipulation erroneously requested a trial date of April 9, 2019. This stipulation corrects that error.

AMENDED STIPULATION RE: TRIAL AND PRETRIAL DATES AND ORDER

1

         b)       The United States shall file any responses or oppositions to any Rule 12 motions on or before October 22, 2018.

         c)       Any replies shall be filed on or before November 5, 2018.

         d)       The hearing on the motions shall be on or before November 15, 2018, or on a date as soon thereafter as may be set by the Court.

4.      Further, defendant moves to exclude time between March 29, 2018, and April 8, 2019, under Local Code T4.

5.      The parties agree and stipulate, and request that the Court find the following:

         a)       To date, the United States has produced to the defendant over one million pages of discovery, which includes email correspondence, transcripts of interviews, corporate records, and other documents. The United States continues to investigate the case and will produce any additional evidence that may be obtained.

         b)       Counsel for the defendant needs additional time to investigate the case, including to conduct legal research as to any potential defenses or motions governed by Rule 12 of the Federal Rules of Criminal Procedure, to continue to review discovery, to discuss the matter with their client, and to investigate and prepare the matter for trial.

         c)       Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

         d)       The United States does not object to the setting this matter for trial in April 2019 as it understands that this is a reasonable amount of time that defense counsel needs to be prepared for trial given the large volume of discovery and the complexity of the allegations in the indictment.

         e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

         f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 29, 2018 to April 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED AND REQUESTED.

Dated: March 27, 2018         McGREGOR W. SCOTT
                              United States Attorney

                              /s/ *Todd A. Pickles*
                              TODD A. PICKLES
                              Assistant United States Attorney


Dated: March 27, 2018         /s/ *Todd A. Pickles for*
                              RICH KORNFELD, ESQ.
                              WILLIAM PORTANOVA, ESQ.
                              Counsel for Defendant HECTOR ABSI

**ORDER**

For the reasons stated in the parties' stipulation and good cause showing, the Court HEREBY ORDERS THAT:

1. The status hearing set for March 29, 2018 is hereby VACATED.

2. This matter is set for jury trial to commence on April 8, 2019 at 9:00 a.m., and a trial confirmation hearing for February 21, 2019 at 10:00 a.m.

3. The Court further ADOPTS the parties' proposed schedule for any motions governed by Rule 12 of the Federal Rules of Criminal Procedure. Any motions so filed shall be heard on November 15, 2018 at 10:00 a.m. or the next available date set by the Court.

4. The time between March 29, 2018 and April 8, 2019 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv) for the reasons set forth in the parties' stipulation, which is adopted in full.

IT IS SO ORDERED.

Dated: April 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE