**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

USA

                Plaintiff(s),

                                  Case No. 2:16-CR-00027-MCE

  v.

HECTOR M. ABSI JR.

                Defendant(s).

I, __EMILY R. GARNETT__,

attorney for __Defendant Hector M. Absi, Jr.__ .

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Brownstein Hyatt Farber Schreck, LLP |
| Address: | 410 17th Street, Suite 2200 |
| City: | Denver |
| State: | Colorado    ZIP Code: 80202 |
| Voice Phone: | ( 303 ) 223-1100 |
| FAX Phone: | ( 303 ) 223-1111 |
| Internet E-mail: | egarnett@bhfs.com |
| Additional E-mail: | |
| I reside in City: | Denver    State: Colorado |


American LegalNet, Inc.
www.FormsWorkFlow.com

I was admitted to practice in the State of Colorado (court) on October 29, 2012 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Jonathan C. Sandler

Firm Name: Brownstein Hyatt Farber Schreck, LLP

Address: 2049 Century Park East, Suite 3550

City: Los Angeles

State: California   ZIP Code: 90067

Voice Phone: ( 310 ) 500-4600

FAX Phone: ( 310 ) 500-4602

E-mail: jsandler@bhfs.com

Dated: June 22, 2018   Petitioner: /s/ Emily R. Garnett

**ORDER**

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE


American LegalNet, Inc.
www.FormsWorkFlow.com