WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
HECTOR ABSI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:16-cr-00027 MCE |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER TO VACATE AND CONTINUE TRIAL AND PRETRIAL DATES |
| v. ) | |
| HECTOR ABSI, ) | DATE: February 21, 2019 |
| Defendant. ) | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

With the Court's permission, defendant Hector Absi and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. By previous order, a Jury Trial was set to commence in this matter on April 8, 2019. The Court set a Trial Confirmation Hearing for February 21, 2019.

2. By this stipulation, the parties jointly request that the Jury Trial and Trial Confirmation Hearing be vacated. The parties further request that the Jury Trial be continued to February 10, 2020 and the Trial Confirmation Hearing to January 9, 2020, and that time be excluded between April 8, 2019 to February 10, 2020 under Local Code T4.

3. The parties also stipulate and request that the Court find the following:

   a. The discovery associated with this case includes email correspondence, interviews, corporate records, and other documents. To date, the government has produced over a million pages of discovery.

   b. Counsel for defendant received from the government, in late December, a new copy of the discovery previously produced, which discovery contains new information in the form of metadata.

   c. Counsel for defendant desires additional time to conduct investigation and research related to the charges, to review and copy discovery for this matter and to otherwise prepare for trial.

   d. The failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e. The government does not object to the continuance.

   f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.

   g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial date must commence, the time period from April 8, 2019 to February 10, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because a failure to grant such a continuance would deny counsel the reasonable necessary for effective preparation, taking into account the exercise of due diligence.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: February 19, 2019            /s/ William J. Portanova
                                    WILLIAM J. PORTANOVA
                                    Attorney for Defendant
                                    HECTOR ABSI


                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: February 19, 2019            /s/ Lee Bickely
                                    LEE BICKELY
                                    Assistant United States Attorney

**ORDER**

Good cause showing for the reasons stated in the parties' stipulation, the Court HEREBY ORDERS THAT:

1. The Jury Trial set to commence April 8, 2019 and the Trial Confirmation Hearing set for February 21, 2019 are vacated and continued to February 10, 2020 and January 9, 2020, respectively.

2. The time from April 8, 2019, up to and including, February 10, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(iv), as well as under Local Code T4, for the reasons set forth in the parties' stipulation, which is adopted in full.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION TO VACATE AND
CONTINUE JURY TRIAL & TCH