MCGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2724
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00027 MCE |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| HECTOR ABSI, | |
| Defendant. | |

ORDER

Upon the motion of the United States, the Court finds that the January 3, 2020, hearing in this case should be vacated.

DATED: January 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE