1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
   Fax: (916) 444-7998
4  Wjp@Portanova.com

5  Attorney for Defendant
   Hector Absi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR ABSI,<br><br>Defendant. | CASE No. 2:16-cr-00027-MCE<br><br>STIPULATION TO VACATE JUDGMENT AND SENTENCING AND SCHEDULE STATUS HEARING; FINDINGS AND ORDER<br><br>DATE: January 21, 2021<br>TIME: 10:00 AM |

With the Court's permission, defendant Hector Absi and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on December 10, 2020;

2. By this stipulation, the defendant now moves the Court to vacate the judgment and sentencing hearing to allow defendant additional time to investigate and compile mitigation materials and prepare for sentencing. Defendant requests the Court set this matter for a status hearing regarding sentencing on January 21, 2021. Plaintiff does not oppose this request.

IT IS SO STIPULATED.

1

| | | |
|---|---|---|
| DATED: October 26, 2020 | | */s/ William J. Portanova* |
| | | WILLIAM J. PORTANOVA |
| | | Attorney for Defendant |
| | | HECTOR ABSI |
| DATED: October 26, 2020 | | MCGREGOR W. SCOTT |
| | | United States Attorney |
| | | */s/ Lee Bickley* |
| | | LEE BICKLEY |
| | | Assistant United States Attorney |
| | | Attorney for Plaintiff |
| | | UNITED STATES OF AMERICA |

**IT IS SO ORDERED**.

Dated: October 27, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE