WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
Hector Absi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR ABSI,<br><br>Defendant. | CASE No. 2:16-cr-00027-KJM<br><br>REQUEST TO DELAY SELF SURRENDER DATE TO AUGUST 9, 2022; ORDER |

 Defendant Hector Absi, by and through undersigned counsel, respectfully moves this Court for an Order delaying Mr. Absi's self-surrender date two months to August 9, 2022.

 Hector Absi is presently scheduled to self-surrender to the Bureau of Prisons on June 6, 2022. In preparation for his absence, arrangements are being made to maintain the family business and its numerous employees. The present business environment has proven to be difficult necessitating a more active role to be played by Mr. Absi's wife.

 The Absi's elementary school aged children begin school on August 8, 2022, and delaying Mr. Absi's self-surrender date to August 9, 2022, will provide the maximum advantage for the Absi family to transition business operations to Mrs. Absi as the family works through the effects of his incarceration.

 The United States does not oppose this request.

REQUEST TO DELAY SELF- SURRENDER DATE;
[PROPOSED] ORDER    1

1 | Counsel respectfully requests this court to issue an order delaying Mr. Absi's reporting date to the Bureau of Prisons from June 6, 2022 to August 9, 2022.

DATED:  April 26, 2022    */s/ William J. Portanova*
WILLIAM J. PORTANOVA
Attorney for Defendant
HECTOR ABSI

**ORDER**

GOOD CAUSE SHOWING, it is hereby ORDERED that Defendant Hector Absi's reporting date to the Bureau of Prisons be changed from June 6, 2022 to August 9, 2022.

DATED:  April 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE