WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
Hector Absi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR ABSI,<br><br>    Defendant. | CASE No. 2:16-cr-00027-KJM<br><br>REQUEST TO DELAY SELF SURRENDER DATE TO AUGUST 16, 2022; ORDER |

    Defendant Hector Absi, by and through undersigned counsel, respectfully moves this Court for an Order delaying Mr. Absi's self-surrender date one week to August 16, 2022.

    Hector Absi is presently scheduled to self-surrender to the Bureau of Prisons on August 9, 2022.  Mr. Absi has hired a new manager to run his family business and supervise its numerous employees in his absence.  Mr. Absi is in the process of transitioning the day-to-day operations to this new manager.  Unfortunately, Mr. Absi's new manager recently tested positive for COVID and is therefore, unable to work with Mr. Absi on the transition during the pendency of her illness.

    Additionally, the Absi's elementary school aged children will be home from school for an additional week because their school has pushed back their start date from August 8, 2022, to August 15, 2022. The shop is the family's sole livelihood, and it is important that Mr. Absi ensure

1  that this manager is capable of taking over while he's away.
2      This will be Mr. Absi's last request for a continuance of his self-surrender date.
3      The United States does not oppose this request.
4      Counsel respectfully requests this court to issue an order delaying Mr. Absi's reporting
5  date to the Bureau of Prisons from August 9, 2022, to August 16, 2022.

7  DATED:  August 1, 2022              */s/ William J. Portanova*
                                                WILLIAM J. PORTANOVA
8                                                 Attorney for Defendant
9                                                 HECTOR ABSI

**ORDER**

GOOD CAUSE SHOWING, it is hereby ORDERED that Defendant Hector Absi's reporting date to the Bureau of Prisons be changed from August 9, 2022 to August 16, 2022.

DATED: August 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE